**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>　　CHARLES GALVAN JR<br>　　MARTHA GALVAN<br>　　　　Debtor(s) | Case No. 12-45877 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/20/2012, and was converted to chapter 13 on 11/20/2012.

2) The plan was confirmed on 10/23/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/06/2017.

6) Number of months from filing to last payment: 55.

7) Number of months case was pending: 58.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $41,411.00.

10) Amount of unsecured claims discharged without payment: $308,698.97.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $49,365.00 |
| Less amount refunded to debtor | $1,365.00 |

**NET RECEIPTS:** $48,000.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $10,995.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,133.66 |
| Other | $1,231.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $14,359.66

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL INC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | NA | 760.69 | 760.69 | 35.38 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 6,122.00 | 2,267.41 | 2,267.41 | 105.46 | 0.00 |
| ASSET ACCEPTANCE LLC | Secured | 4,935.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 4,935.00 | 4,970.60 | 4,970.60 | 231.19 | 0.00 |
| BALANCED HEALTHCARE RECEIVA | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| BRENDAN FINANCIAL INC | Unsecured | NA | NA | 71,252.13 | 3,314.09 | 0.00 |
| BRENDAN FINANCIAL INC | Secured | 71,000.00 | 71,252.13 | 0.00 | 0.00 | 0.00 |
| BRENDAN FINANCIAL INC | Secured | NA | 945.00 | NA | 0.00 | 0.00 |
| CASH DIRECT INC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO PATROLMENS FEDERAL C | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 600.00 | 944.00 | 944.00 | 43.91 | 0.00 |
| CITY OF CHICAGO PARKING BUREAU | Unsecured | 3,799.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 390.00 | 143.43 | 143.43 | 6.67 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | NA | NA | 0.00 | 0.00 |
| HFC | Unsecured | 12,136.00 | NA | NA | 0.00 | 0.00 |
| HYUNDAI MOTOR FINANCE CO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HYUNDAI MOTOR FINANCE CO | Secured | 1,500.00 | 2,282.91 | 2,282.91 | 2,282.91 | 199.40 |
| IL DEPT OF REVENUE | Priority | 533.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 0.00 | 5,578.88 | 5,578.88 | 5,578.88 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,054.00 | 5,665.55 | 5,665.55 | 5,665.55 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,600.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 71.52 | 71.52 | 3.33 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 13,342.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Secured | 13,342.00 | 13,752.12 | 13,752.00 | 13,752.00 | 1,245.20 |
| LVNV FUNDING | Unsecured | 955.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 511.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 664.00 | 664.91 | 664.91 | 30.93 | 0.00 |
| LVNV FUNDING | Unsecured | 966.00 | 806.15 | 806.15 | 37.50 | 0.00 |
| MCSI INC | Unsecured | NA | 100.00 | 100.00 | 4.65 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MCSI INC | Unsecured | NA | 250.00 | 250.00 | 11.63 | 0.00 |
| MERRICK BANK | Unsecured | 1,340.00 | 841.87 | 841.87 | 39.16 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,176.00 | 1,332.69 | 1,332.69 | 61.99 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 11,786.00 | 10,731.84 | 10,731.84 | 499.16 | 0.00 |
| OCWEN LOAN SERVICING LLC | Unsecured | 49,968.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 11,564.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 49,968.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Unsecured | 119,564.00 | NA | NA | 0.00 | 0.00 |
| PAREJA MEDICAL CENTER | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 453.00 | 306.15 | 306.15 | 14.24 | 0.00 |
| PORTFOLIO INVESTMENTS I LLC | Unsecured | 1,568.00 | 1,568.19 | 1,568.19 | 72.94 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 741.00 | 741.08 | 741.08 | 34.47 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 916.00 | 495.14 | 495.14 | 23.03 | 0.00 |
| PUZZLEMANIA | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 693.00 | 975.51 | 975.51 | 45.37 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA | Unsecured | 597.00 | 597.13 | 597.13 | 27.77 | 0.00 |
| THE LOAN MACHINE | Unsecured | NA | 5,880.93 | 5,880.93 | 273.53 | 0.00 |
| TRS RECOVERY SERVICES INC | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| VECTOR MARKETING ACH | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BEDFORD PARK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF TINLEY PARK | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| WOMENS HEALTHCARE OF IL | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,034.91 | $16,034.91 | $1,444.60 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,034.91** | **$16,034.91** | **$1,444.60** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $5,578.88 | $5,578.88 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,665.55 | $5,665.55 | $0.00 |
| **TOTAL PRIORITY:** | **$11,244.43** | **$11,244.43** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$105,701.37** | **$4,916.40** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $14,359.66 |
| Disbursements to Creditors | $33,640.34 |
| **TOTAL DISBURSEMENTS** : | **$48,000.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/11/2017          By: /s/ Tom Vaughn
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**